# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE ROBERTSON

NO. 2022 KW 1348

**MARCH 13, 2023**

---

In Re:     Bruce Robertson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-06-0211.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
FOR THE COURT